Raymond G. Ballister, Jr., Esq.
Mark Potter, Esq.
Center for Disability Access
9845 Erma Road, Suite 300
San Diego, CA 92131
Tel: (858) 375-7385
Fax: (858) 422-5191
mark@potterhandy.com

Attorneys for Plaintiff Jon Carpenter

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN P. THOMPSON, in his individual and representative capacity as TRUSTEE-SOUTHLAND EMPLOYEES TRUST; and Does 1-10,<br><br>　　　　Defendants. | Case No. CV12-02204 SVW (JEMx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**<br><br>J S - 6 |

Complaint Filed: January 27, 2012
Trial Date: September 11, 2012

Having reviewed the stipulation of the parties for dismissal of this action with prejudice and finding good cause thereon,

IT IS ORDERED that this action be dismissed in its entirety and as to all parties and causes of action with prejudice, with each party to bear its own costs and fees incurred against one another.

**IT IS SO ORDERED.**

Dated: June 27, 2012

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE